UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD NATHANIEL MILLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-14251** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION: "E" (1)** |

### ORDER

Before the Court is Richard Nathaniel Miller's Notice of Removal from Criminal District Court, Orleans Parish.[1] This matter was referred to the United States Magistrate Judge, who issued her Report and Recommendation on March 1, 2019.[2] The period for objections ended on March 15, 2019, with no objections filed. The Court, having considered the Notice of Removal, the record, the applicable law, and the magistrate judge's Report and Recommendation, finds the magistrate judge's findings are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that this matter is **DISMISSED**.

New Orleans, Louisiana, on this 20th day of March, 2019.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 3.
[2] R. Doc. 12.